IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of: | NO. 15 B 40793 |
| SCOTT SWIATEK, | JUDGE JACQUELINE P. COX |
| Debtor. | Chapter 13 |

## OBJECTION TO CONFIRMATION

Now comes FORD MOTOR CREDIT COMPANY LLC, a creditor herein, by SHERMAN & PURCELL LLP, its attorneys, and for its objection to confirmation of the Debtor's proposed Chapter 13 plan, respectfully represents as follows:

1.   That FORD MOTOR CREDIT COMPANY LLC is a creditor of the Debtor with respect to a debt secured by a lien on a 2015 Ford F-150 motor vehicle, with a net balance due as of the petition date in the amount of $38,953.14.

2.   That the Debtor's plan provides that the Debtor shall make direct payments to FORD MOTOR CREDIT COMPANY LLC.

3.   That FORD MOTOR CREDIT COMPANY LLC lacks confidence of the Debtor's ability to make payments under the contract, in light of the fact he has never made a payment. The Debtor first purchased this vehicle approximately three weeks pre-petition, and made a cash down payment as part of the transaction in the amount of $3,000.00. The Debtor now claims he cannot pay his unsecured creditors.

4.   That the Debtor's plan requires FORD MOTOR CREDIT COMPANY LLC to release its lien upon discharge, despite the fact there will still be money due under the contract at that time.

5.   That the Debtor is seeking to discharge his personal obligations to FORD MOTOR CREDIT COMPANY LLC, despite the fact this is long-term debt that will not be paid in full by the anticipated conclusion of the Debtor's Chapter 13 plan.  This debt should be deemed to be non-dischargeable and should not be discharged by any order of discharge that may occur in this case.

6.   That the Debtor's plan fails to require the Debtor to comply will all of the terms and provisions of the retail installment contract between the parties, including, but not limited to, the maintenance of insurance on the vehicle.

7.   That the Petition for Relief in this case was not filed in good faith, and the Debtor's plan has not been proposed in good faith.

WHEREFORE, FORD MOTOR CREDIT COMPANY LLC prays that this Honorable Court enter an Order denying confirmation of the Debtor's proposed Chapter 13 plan, for entry of an Order dismissing this Chapter 13 case, and for such other and further relief as this Court may deem just and equitable.

FORD MOTOR CREDIT COMPANY LLC

BY: _____/s/ Michael L. Sherman_____
MIICHAEL L. SHERMAN,
One of its Attorneys

MICHAEL L. SHERMAN
SHERMAN & PURCELL LLP
120 South La Salle Street
Chicago, Illinois 60603
Phone: (312) 372-1487
Atty. for FORD MOTOR CREDIT COMPANY LLC

## CERTIFICATE OF SERVICE

I, the above signed attorney, certify that on December 11, 2015, I electronically filed the foregoing Objection to Confirmation with the Clerk of the Court using the ECF system which sends notifications of such filing to the following:

Mr. Charles L. Magerski, Attorney for the Debtor
Mr. Tom Vaughn, Chapter 13 Trustee